# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-5153

———————————————

KEENE SERVICES, INC. and R.
DANIEL KEENE, JR.,

    Appellants,

    v.

ANDERSON COLUMBIA COMPANY,
INC.,

    Appellee.

———————————————

On appeal from the Circuit Court for Dixie County.
Jennifer Johnson, Judge.

November 28, 2018

PER CURIAM.

    AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Darryl W. Johnston of Johnston & Sasser, P.A., Brooksville, for Appellants.

Kevin A. McNeill of McRae & McNeill, Lake City, for Appellee.